1  CHARLES T. SHELDON, State Bar No. 155598
   csheldon@wfbm.com
2  KATHERINE P. GARDINER, State Bar No. 215542
   kgardiner@wfbm.com
3  DEREK S. JOHNSON, State Bar No. 220988
   djohnson@wfbm.com
4  WALSWORTH FRANKLIN BEVINS & McCALL, LLP
   601 Montgomery Street, Ninth Floor
5  San Francisco, California 94111-2612
   Telephone:   (415) 781-7072
6  Facsimile:   (415) 391-6258

7  Attorneys for Defendant
   CFM INTERNATIONAL, INC.
8

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OLDS, | Case No. 2:12-cv-08539-CAS-MRW |
| Plaintiff, | **DEFENDANT CFM INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| 3M COMPANY, et al., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant CFM INTERNATIONAL, INC, certifies that it is currently performing an investigation to determine if it has any parent corporation and/or any publicly held corporation owning 10% or more of its stock. CFM INTERNATIONAL, INC will supplement this statement as soon as it obtains responsive information.

Dated: October 30, 2012                    WALSWORTH FRANKLIN BEVINS & McCALL, LLP

                                           By:   /s/ Katherine P. Gardiner
                                                 CHARLES T. SHELDON
                                                 KATHERINE P. GARDINER
                                                 Attorneys for Defendant
                                                 CFM INTERNATIONAL, INC.

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

-1-
CFM INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT

2169375.1
3908-SIMONGREEN

## CERTIFICATE OF SERVICE

I, Katherine Gardiner, hereby certify that on this 30th day of October, 2012, the foregoing DEFENDANT CFM INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT, was filed electronically and is available for viewing and downloading from the Electronic Case Filing (ECF) system to all counsel of record and to those registered to receive a Notice of Electric Filing for this case.

_____
CHARLES T. SHELDON
KATHERINE P. GARDINER
Attorneys for Defendant
CFM INTERNATIONAL, INC.