GLAZIER YEE LLLP
GUY P. GLAZIER, SBN 162628
DEBORAH M. PARKER, SBN 228203
707 Wilshire Boulevard, Suite 2025
Los Angeles, California 90017
Telephone: 213-312-9200
Facsimile: 213-312-9201
E-mail: glazier@glazieryee.com
E-mail: parker@glazieryee.com

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OLDS,<br><br>    Plaintiff,<br><br>v.<br><br>3M COMPANY a/k/a MINNESOTA MINING AND MANUFACTURING COMPANY, et al.<br><br>    Defendants. | CASE NO. CV-12-08539 R<br><br>Hon. Manuel L. Real<br><br>**DECLARATION OF DEBORAH M. PARKER IN SUPPORT OF EX PARTE APPLICATION AND MEMORANDUM BY LOCKHEED MARTIN CORPORATION FOR AN ORDER TO CONTINUE THE HEARING DATES FOR:**<br><br>**1. PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S INTERROGATORY NOS. 5 and 8 AND LOCKHEED MARTIN'S REQUEST FOR MONETARY SANCTIONS AGAINST PLAINTIFF AND/OR PLAINTIFF'S COUNSEL IN THE AMOUNT OF $6,992.50;**<br><br>**2. LOCKHEED MARTIN CORPORATION'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COUNSEL'S DECLARATION AND EXHIBIT I; AND**<br><br>**3. PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT LOCKHEED MARTIN CORPORATION'S ALLEGED GOVERNMENT CONTRACTOR DEFENSE**<br><br>Filed: October 4, 2012<br>Trial Date: March 11, 2014 |

GLAZIER YEE LLLP

**DECLARATION OF DEBORAH M. PARKER**

# DECLARATION OF DEBORAH M. PARKER

I, Deborah M. Parker, declare as follows:

1. I am an attorney duly admitted to practice in the State of California. I am a partner with the law firm of Glazier Yee LLLP and counsel of record for Defendant Lockheed Martin Corporation ("Lockheed Martin"). I am very familiar with the files in this case maintained at my office and maintained at the Court. I have personal knowledge of the facts set forth in this declaration and I could and would testify competently thereto if called upon to do so. I make this declaration in support of the *Ex Parte* Application And Memorandum By Lockheed Martin Corporation For An Order To Continue The Hearing Dates For: 1) Plaintiff's Motion To Compel Further Responses To Plaintiff's Interrogatory Nos. 5 And 8 And Lockheed Martin's Request For Monetary Sanctions Against Plaintiff And/Or Plaintiff's Counsel In The Amount Of $6,992.50; 2) Lockheed Martin Corporation's Motion To Strike Portions Of Plaintiff's Counsel's Declaration And Exhibit I; And 3) Plaintiff's Motion For Partial Summary Judgment Of Defendant Lockheed Martin Corporation's Alleged Government Contractor Defense ("Application").

2. On June 10, 2013, in compliance with Judge Real's Procedures and Schedules, I caused my office to serve correspondence notifying Plaintiff's counsel and copying all parties that Lockheed Martin intended to file this *ex parte* application and that they had twenty-four (24) hours from actual receipt of the *ex parte* application to file any opposition. Attached hereto as Exhibit A is a true and correct copy of Lockheed Martin's correspondence and transmission receipt dated June 10, 2013.

3. On June 11, 2013, I received an email from Plaintiff's counsel indicating that Plaintiff intended to oppose the *ex parte* application. Attached hereto is a true and correct copy of the email exchange between Plaintiff's counsel and me dated June 11, 2013.

4. On June 10, 2013, I spoke with Court Clerk William Horrell who stated that the proposed hearing date of August 19, 2013, was suitable.

5. Lockheed Martin has not requested any other continuances in this case.

6. On or before July 22, 2013, Lockheed Martin plans to file a motion for summary judgment, which in large part, will address issues and points of law in common with those raised in Plaintiff's motion for partial summary judgment. This filing date corresponds appropriately to the proposed August 19, 2013 hearing date.

7. On February 6, 2013, through the National Park Services, I was able to reserve a vacation spot just outside Yosemite National Park for my family starting on July 27, 2013, along with another family. I have paid in advance for the location. Given the high demand for Yosemite National Park locations, rescheduling the date of this vacation for any other time in 2013 would be impossible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of June, 2013, at Los Angeles, California.

_____
Deborah M. Parker

# EXHIBIT A

# YEE

A LIMITED LIABILITY LAW PARTNERSHIP

LOS ANGELES PARTNERS
GUY P. GLAZIER
DEBORAH M. PARKER

SAN FRANCISCO PARTNERS
LAURA PATRICIA YEE
BRIAN T CLARK

707 WILSHIRE BOULEVARD
SUITE 2025
LOS ANGELES, CALIFORNIA 90017

TELEPHONE (213)312-9200
FACSIMILE (213) 312-9201
WWW.GLAZIERYEE.COM

June 10, 2013

*Via Lexis Nexis File And Serve*

Robert Green, Esq.
Simon Greenstone Panatier Bartlett, LP
301 E. Ocean Blvd., Suite 1950
Long Beach, California 90802

      Re:   *Olds v. 3M Company, et al.;*
              *Ex Parte Notice*

Dear Mr. Green:

      Lockheed Martin Corporation ("Lockheed Martin") provides notice of its intent to file an *ex parte* application on Wednesday, June 12, 2013, to continue the hearing on: 1) Plaintiff's Partial Motion for Summary Judgment; 2) Plaintiff's Motion to Compel; and 3) Lockheed Martin's Motion to Strike to August 19, 2013. The application will be made pursuant to Judge Real's procedures and schedules, paragraph 6 and U.S. District Court, Central District, Local Rule 7-19 *et seq.* Lockheed Martin bases its application on the following grounds: 1) the two Glazier Yee LLLP attorneys working in the Los Angeles office have previously scheduled and paid for vacations on the current hearing date of July 29, 2013, and 2) judicial economy, because Lockheed Martin plans to file a motion for summary judgment that will address some of the same issues presented in Plaintiff's partial summary judgment motion.

      If your client plans to oppose the application, please contact me by 12 p.m. on Tuesday, June 11, 2013, via email at parker@glazieryee.com. Please note that your client has twenty-four (24) hours from actual receipt of the *ex parte* application to file any opposition. (*See* Judge Real's Procedures and Schedules, ¶ 5.)

                                              Sincerely,

                                              Deborah M. Parker

cc:   All Counsel

**File & Serve**         Welcome: Caldwell, Caroline                       Resource Center | File & ServeXpress Preferences | Sign O
                                  Glazier Yee LLLP

Home        Alerts    Search

6/10/13 5:40 PM PDT

Your transaction has been successfully submitted to File & ServeXpress. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
For a formatted copy of this information, obtain a transaction report.
To perform another transaction, click **Begin a New Transaction.**
To exit Filing & Service, click **Return to My File & ServeXpress.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

### File & ServeXpress Transaction Receipt

| | |
|---|---|
| Transaction ID: | 52704592 |
| Submitted by: | Caroline Caldwell, Glazier Yee LLLP |
| Authorized by: | Deborah M Parker, Glazier Yee LLLP |
| Authorize and file on: | Jun 10 2013 5:21PM PDT |
| Court: | CA US District Court Central District |
| Division/Courtroom: | N/A |
| Case Class: | Civil-Olds vs 3M Co (2:12-cv-08539-R) |
| Case Type: | Asbestos |
| Case Number: | 2:12-cv-08539-R |
| Case Name: | Olds, Paul vs 3M Co et al |
| Transaction Option: | Serve Only - Public |
| Billing Reference: | 6010332 |
| Read Status for e-service: | Not Purchased |

**Documents List**
1 Document(s)

Attached Document, 1 Pages   Document ID: 56518156                                              PDF Format | Original Format
| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Correspondence | Secure Public | $0.00 | |

Document title:
Ex Parte Notice

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Lockheed Martin Corp | Defendant | Parker, Deborah M | Glazier Yee LLLP | Attorney in Charge |

⊞ **Recipients (170)**

⊞ Service List (170)

⊟ Additional Recipients (0)

⊞ **Case Parties**

# EXHIBIT B

## Deborah Parker

| | |
|---|---|
| From: | Deborah Parker |
| Sent: | Tuesday, June 11, 2013 10:27 AM |
| To: | 'Rob Green' |
| Subject: | RE: Olds - Lockheed ex parte |

Rob,

The hearing date of July 29 was set last week so resolving it months ago was not a possibility. I will inform the court that you plan to oppose our application.

Thank you,

Deb

Deborah M. Parker

Glazier Yee LLLP | Partner
707 Wilshire Blvd., Suite 2025
Los Angeles, California 90017

Telephone: 213-312-9200
Facsimile: 213-312-9201
Website: www.glazieryee.com

**From:** Rob Green [mailto:rgreen@sgpblaw.com]
**Sent:** Tuesday, June 11, 2013 10:22 AM
**To:** Deborah Parker
**Subject:** Olds - Lockheed ex parte

Ms. Parker, I was told you are filing an ex parte. I don't know what the grounds are. It seems like this issue should have been resolved months ago. We intend on opposing. We also need to discuss your clients refusal to answer many of many questions at deposition and I would like to arrange a cite inspection of the library where the F-80 documents were kept.

Robert Green | Shareholder



SIMON GREENSTONE PANATIER BARTLETT
A PROFESSIONAL CORPORATION

301 East Ocean Blvd. | Suite 1950 | Long Beach, California 90802
562-590-3400 (V)  562-590-3412 (F)

3232 McKinney Avenue | Suite 610 | Dallas, Texas 75204
214-276-7680 (V)  214-276-7699 (F)

www.sgpblaw.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error or if the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message and any attachments in error and that any review, dissemination, distribution, copying or alteration of this message and/or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail, and delete the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the below noted date, the aforementioned document was electronically filed with the Clerk of the Court of the United States District Court, Central District of California using the ECF system which sent notification of such filing to all counsel of record. This document is now available for viewing and downloading from the ECF system.

Dated: June 12, 2012

/s/ *Deborah M. Parker*
Deborah M. Parker (SBN 228203)
Glazier Yee LLLP
707 Wilshire Boulevard, Suite 2025
Los Angeles, California 90017
(213) 312-9200
parker@glazieryee.com

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION