GLAZIER YEE LLLP
GUY P. GLAZIER, SBN 162628
DEBORAH M. PARKER, SBN 228203
707 Wilshire Boulevard, Suite 2025
Los Angeles, California 90017
Telephone: 213-312-9200
Facsimile: 213-312-9201
E-mail:    glazier@glazieryee.com
E-mail:    parker@glazieryee.com

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OLDS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>3M COMPANY a/k/a MINNESOTA MINING AND MANUFACTURING COMPANY, et al.<br><br>　　　　　Defendants. | CASE NO. CV-12-08539 R<br><br>Hon. Manuel L. Real<br><br>**DECLARATION OF GUY P. GLAZIER IN SUPPORT OF EX PARTE APPLICATION AND MEMORANDUM BY LOCKHEED MARTIN CORPORATION FOR AN ORDER TO CONTINUE THE HEARING DATES FOR:**<br>1. **PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S INTERROGATORY NOS. 5 and 8 AND LOCKHEED MARTIN'S REQUEST FOR MONETARY SANCTIONS AGAINST PLAINTIFF AND/OR PLAINTIFF'S COUNSEL IN THE AMOUNT OF $6,992.50;**<br>2. **LOCKHEED MARTIN CORPORATION'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COUNSEL'S DECLARATION AND EXHIBIT I; AND**<br>3. **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT LOCKHEED MARTIN CORPORATION'S ALLEGED GOVERNMENT CONTRACTOR DEFENSE**<br><br>Filed:　　　October 4, 2012<br>Trial Date:　March 11, 2014 |

# DECLARATION OF GUY P. GLAZIER

I, Guy P. Glazier, declare as follows:

1. I am an attorney duly admitted to practice in the State of California. I am a partner with the law firm of Glazier Yee LLLP and counsel of record for Defendant Lockheed Martin Corporation ("Lockheed Martin"). I have personal knowledge of the facts set forth in this declaration and I could and would testify competently thereto if called upon to do so. I make this declaration in support of the *Ex Parte* Application And Memorandum By Lockheed Martin Corporation For An Order To Continue The Hearing Dates For: 1) Plaintiff's Motion To Compel Further Responses To Plaintiff's Interrogatory Nos. 5 And 8 And Lockheed Martin's Request For Monetary Sanctions Against Plaintiff And/Or Plaintiff's Counsel In The Amount Of $6,992.50; 2) Lockheed Martin Corporation's Motion To Strike Portions Of Plaintiff's Counsel's Declaration And Exhibit I; And 3) Plaintiff's Motion For Partial Summary Judgment Of Defendant Lockheed Martin Corporation's Alleged Government Contractor Defense.

2. Currently, the only two attorneys in my firm who are located in Los Angeles, California are Deborah Parker and me. Ms. Parker and I are the only two attorneys for Lockheed Martin who have prepared for the pending motions.

3. In April of 2013, my extended family (from various locations around the country) planned and coordinated a family trip to Maine from July 19 to August 16, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of June, 2013, at Los Angeles, California.

Guy P. Glazier

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the below noted date, the aforementioned document was electronically filed with the Clerk of the Court of the United States District Court, Central District of California using the ECF system which sent notification of such filing to all counsel of record. This document is now available for viewing and downloading from the ECF system.

Dated: June 12, 2013

/s/ Deborah M. Parker
Deborah M. Parker (SBN 228203)
Glazier Yee LLLP
707 Wilshire Boulevard, Suite 2025
Los Angeles, California 90017
(213) 312-9200
parker@glazieryee.com

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

GLAZIER YEE LLLP

CERTIFICATE OF SERVICE