**PRINDLE, AMARO, GOETZ,**
**HILLYARD, BARNES & REINHOLTZ LLP**
Robert H. Baronian, Esq. (Bar No. 84281)
301 East Colorado Blvd., Suite 618
Pasadena CA  91101
Telephone (626) 568-0834; Facsimile:  (626) 449-4568

Danielle O. Renzi, Esq. (Bar No. 258207)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone:  (562) 436-3946; Facsimile:  (562) 495-0564

Attorneys for Defendant,
EATON AEROQUIP LLC, successor by merger to EATON AEROQUIP INC. f/k/a
AEROQUIP CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OLDS, | CASE NO. 2:12-cv-08539-R |
| Plaintiffs, | **STIPULATED PROTECTIVE ORDER** |
| v. | |
| 3M COMPANY, et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///

1    Upon consideration of the Stipulated Protective Order, and good cause

2    appearing therefore:

3    **IT IS THEREFORE ORDERED AND DECREED** that:

4    The Stipulated Protective Order filed by plaintiff Paul Olds and defendant

5    Eaton Aeroquip LLC, successor by merger to Eaton Aeroquip inc. f/k/a Aeroquip

6    Corporation is hereby entered.

7

8

9    DATED:  _Sept. 30, 2013__

10                                                  _____

11                                                     Honorable Manuel L. Real
                                                 Judge of the United States District Court for
                                                       the Central District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER