# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OLDS,<br><br>            Plaintiff,<br><br>    v.<br><br>3M COMPANY a/k/a MINNESOTA MINING AND MANUFACTURING COMPANY, et al.<br><br>            Defendants. | CASE NO. CV-12-08539 R (MRWx)<br><br>Judge: Hon. Manuel L. Real<br>Courtroom: 8<br><br>**JUDGMENT** |

**[PROPOSED] JUDGMENT**

Defendant Lockheed Martin Corporation's Motion for Summary Judgment came on regularly for hearing on August 19, 2013, before the Honorable Manuel L. Real, presiding in Department 8 of the United States District Court for the Central District of California. All appearances are as reflected in the record.

The Court, having read and considered all papers filed in support of and in opposition to the Motion, all admissible evidence filed in support of and in opposition to the Motion, and a decision having been duly rendered,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of Defendant Lockheed Martin Corporation and against Plaintiff Paul Olds. Plaintiff shall take nothing by reason of his Complaint herein against Lockheed Martin Corporation. Plaintiff's Complaint herein is dismissed on the merits and with prejudice as to Lockheed Martin Corporation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the judgment entered against the Plaintiff herein and any other judgments entered heretofore or hereafter in this action with respect to any other Defendant are several as to each such Defendant unless expressly stated in the judgment to be joint and several as to the particular Defendants;

IT IS FURTHER ORDERED that there is no just reason for delay in entry of this final judgment against Plaintiff and in favor of Lockheed Martin Corporation and, finding good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure, the Court expressly directs that the Clerk of the Court enter this separate judgment in favor of Lockheed Martin Corporation and against Plaintiff herein pursuant to Federal Rule of Civil Procedure 54 notwithstanding whether this action remains pending against other Defendants.

Dated: _Oct. 16, 2013_

By: _____
Hon. Manuel L. Real

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the below noted date, the aforementioned document was electronically filed with the Clerk of the Court of the United States District Court, Central District of California using the ECF system which sent notification of such filing to all counsel of record.  This document is now available for viewing and downloading from the ECF system.

Dated:  October 9, 2013

>  */s/ Deborah M. Parker*
> Deborah M. Parker, SBN 228203
> Glazier Yee LLLP
> 707 Wilshire Boulevard, Suite 2025
> Los Angeles, California 90017
> Phone: (213) 312-9200
> Fax:    (213) 312-9201
> Email: parker@glazieryee.com
>
> Attorneys for Defendant
> LOCKHEED MARTIN CORPORATION