UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OLDS,<br><br>    Plaintiffs,<br><br> v.<br><br>3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING COMPANY, et al.,<br><br>    Defendants. | Case No. 2:12-cv-08539-R-MRW<br><br>**JUDGMENT** |

# **JUDGMENT PURSUANT TO PARKER HANNIFIN CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

  The motion of defendant Parker Hannifin Corporation for summary judgment came on regularly for hearing before this Court on October 7, 2013. After consideration of the admissible evidence, the separate statements, and the authorities of the parties, the Court hereby finds that there is no genuine issue as to any material fact, and defendant Parker Hannifin Corporation is entitled to judgment as a matter of law with respect to all causes of action as follows:

/ / /

/ / /

18038233v.1

1) There is no genuine issue as to any material fact and defendant Parker Hannifin Corporation is entitled to judgment as a matter of law with respect to plaintiff's First Cause of Action of Negligence.

2) There is no genuine issue as to any material fact and defendant Parker Hannifin Corporation is entitled to judgment as a matter of law with respect to plaintiff's Second Cause of Action for Strict Products Liability.

3) There is no genuine issue as to any material fact and defendant Parker Hannifin Corporation is entitled to judgment as a matter of law with respect to plaintiff's Third Cause of Action for Breach of Warranty.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff take nothing from defendant Parker Hannifin Corporation with respect to plaintiff's claims for relief asserted in his complaint, and judgment is entered in favor of defendant Parker Hannifin Corporation. Plaintiff's Complaint is dismissed with prejudice on the merits as to Parker Hannifin Corporation.

UNITED STATES DISTRICT COURT

Dated: Oct. 24, 2013

_____
HON. MANUEL REAL