1 | TUCKER ELLIS LLP
2 | John K. Son SBN 238516
john.son@tuckerellis.com
515 South Flower Street, 42nd Floor
3 | Los Angeles, CA 90071
Telephone:  213.430.3400
4 | Facsimile:   213.430.3409

5 | TUCKER ELLIS LLP
6 | Lance D. Wilson SBN 183852
lance.wilson@tuckerellis.com
135 Main Street, Suite 700
7 | San Francisco, CA 94105
Telephone:  415.617.2400
8 | Facsimile:       415.617.2409

9 | Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION

10

11 | **UNITED STATES DISTRICT COURT**

12 | **CENTRAL DISTRICT OF CALIFORNIA**

13 | PAUL OLDS, | Case No. 2:12-cv-08539-R (MRWx)

14 |                     Plaintiff,

15 |          v. | **DECLARATION OF JOHN K. SON IN SUPPORT OF DEFENDANT UNITED TECHNOLOGIES CORPORATION'S EX PARTE APPLICATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF UNITED TECHNOLOGIES CORPORATION AND REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO RULES OF CIVIL PROCEDURE 30(B)(6); AND PLAINTIFFS' REQUEST FOR SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES**

16 | 3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING COMPANY; et al.,

17 |

18 |                     Defendants.

19 |

20 |

21 |

22 |

23 |

24

25

26

27

28

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

1

074908000772947390

1    I, John K. Son, declare and state as follows:

2    1.    I am an attorney duly licensed to practice in all courts of the State of

3    California and counsel with the law firm Tucker Ellis LLP, attorneys of record for

4    defendant United Technologies Corporation ("UTC") in the present lawsuit.  I have

5    personal knowledge of the matters set forth in this declaration and, if called upon, could

6    and would competently testify thereto.

7    2.    On October 30, 2013, at approximately 11:21 a.m., I called the Court Clerk,

8    Mr. William Horrell, to clear the proposed date of December 2, 2013, for plaintiff's

9    motion to compel and left a voicemail message for Mr. Horrell.  At approximately 11:52

10   a.m., Mr. Horrell called me back and confirmed that December 2, 2013, was clear.

11   3.    On October 30, 2013, I wrote to plaintiffs' counsel, Robert A. Green,

12   advising him that I intended to file an ex parte application for an order continuing

13   plaintiffs' motion to compel to December 2, 2013.  In my letter, I also advised Mr. Green

14   that he had 24 hours from actual receipt of the ex parte application to file an opposition.

15   A copy of the letter was also served on all parties and their counsel via Lexis Nexis File

16   & Serve pursuant to agreement of the parties and the Court's Order dated December 28,

17   2013.  Attached hereto as **Exhibit A** is a true and correct copy of my letter to Mr. Green,

18   the fax confirmation, and File & Serve Transaction Receipt.

19   I declare under the penalty of perjury under the laws of the United States of

20   America that the foregoing is true and correct.  Executed this 30th day of October, 2013,

21   in Los Angeles, California.

22

23   _____

24   John K. Son

25

26

27

28

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

**EXHIBIT A**

# Tucker
# Ellis | LLP

515 South Flower Street, Forty Second Floor  |  Los Angeles, CA 90071-2223  |  TEL 213.430.3400  |  FAX 213.430.3409

October 30, 2013

DIRECT DIAL  213.430.3310 | john.son@tuckerellis.com

**VIA FACSIMILE - (562) 590-3412**

Robert A. Green, Esq.
Simon Greenstone Panatier Bartlett
301 E. Ocean Boulevard, Suite 1950
Long Beach, CA 90802

*Re:  Paul Olds v. 3M Co., et al.*
    *U.S.* District Court, Central District of California, No. 2:12-cv-08539 R (MRWx)

Dear Mr. Green:

      Please be advised that United Technologies Corporation will be filing an ex parte application today for an order continuing Plaintiff's Motion to Compel the Deposition of United Technologies Corporation and Request for Production of Documents Pursuant to Federal Rules of Civil Procedure 30(b)(6); and Plaintiff's Request for Sanctions from November 4, 2013, to December 2, 2013.  The grounds for the requested continuance is to promote judicial economy and conservation of resources by having plaintiffs' motion to compel heard on the same day as the hearing on the motion for summary judgment that UTC intends to file which will address the issue of exposure that is common to both motions and may render plaintiff's motion moot.

      Pursuant to Judge Real's procedures, please be advised that you will have 24 hours from actual receipt of the ex parte application to file an opposition.

                                        Very truly yours,

                                        TUCKER ELLIS LLP

                                        John K. Son

JKS:jks

cc: All counsel via File & Serve Express

CLEVELAND  COLUMBUS  DENVER  LOS ANGELES  SAN FRANCISCO | tuckerellis.com

947292.1

```
                    **********************
                    ***   TX REPORT   ***
                    **********************

     TRANSMISSION OK

     TX/RX NO              3947
     RECIPIENT ADDRESS     #858915625903412
     DESTINATION ID
     ST. TIME              10/30 13:33
     TIME USE              00'22
     PAGES SENT            2
     RESULT                OK
```

# Tucker
# Ellis | LLP

515 South Flower Street
Forty-Second Floor, Los Angeles, CA 90071-2223
PHONE: 213.430.3400 ext. 3310
FAX: 213.430.3409
john.son@tuckerellis.com

# FACSIMILE COVERSHEET

## ORIGINAL NOT SENT

| | | | |
|---|---|---|---|
| **DATE:** | 10/30/2013 | **PAGES (INCLUDING COVER PAGE):** | 2 |
| **CLIENT-MATTER:** | 074908-000772 | | |
| **TO:** | **Robert A. Green, Esq.** | | |
| **FIRM:** | Simon Greenstone Panatier Bartlett | | |
| **FAX:** | 562-590-3412 | Main No.: | |

| | | | |
|---|---|---|---|
| **FROM:** | John K. Son | **E-MAIL:** | john.son@tuckerellis.com |
| **Re:** | **Paul Olds v. 3M Co., et al.** | | |

Please see attached.- Ex Parte notice

Your transaction has been successfully submitted to File & ServeXpress. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button. For a formatted copy of this information, obtain a transaction report.
To perform another transaction, click **Begin a New Transaction.**
To exit Filing & Service, click **Return to My File & ServeXpress.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## File & ServeXpress Transaction Receipt

| | |
|---|---|
| Transaction ID: | 54470997 |
| Submitted by: | Silvia Munoz, Tucker Ellis LLP -Los Angeles |
| Authorized by: | John K Son, Tucker Ellis LLP -Los Angeles |
| Authorize and file on: | Oct 30 2013 1:40PM PDT |

| | |
|---|---|
| Court: | CA US District Court Central District |
| Division/Courtroom: | N/A |
| Case Class: | Civil-Olds vs 3M Co (2:12-cv-08539-R) |
| Case Type: | Asbestos |
| Case Number: | 2:12-cv-08539-R |
| Case Name: | Olds, Paul vs 3M Co et al |

| | |
|---|---|
| Transaction Option: | Serve Only – Public |
| Billing Reference: | 074908-000772 |
| Read Status for e-service: | Not Purchased |

**Documents List**
**1 Document(s)**
**Attached Document, 1 Pages   Document ID: 57517871**    PDF Format | Original Format
| Document Type: | | Access: | Statutory Fee: | Linked: |
|---|---|---|---|---|
| Correspondence | | Secure Public | $0.00 | |

**Document title:**
Defendant United Technologies Corporation Notice of Ex Parte Application

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| United Technologies Corp | Defendant | Son, John K | Tucker Ellis LLP -Los Angeles | Attorney in Charge |

⊟ **Recipients (61)**

⊞ Service List (61)

⊟ Additional Recipients (0)

⊟ **Case Parties**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| 3M Co | Defendant | Boone, Mordecai D | Gordon & Rees-San Francisco | Attorney in Charge |
| 3M Co | Defendant | Zacher, P Gerhardt | Gordon & Rees-San Francisco | Attorney in Charge |
| 3M Co | Defendant | Futoran, Kristine | Gordon & Rees-San Francisco | Attorney in Charge |
| Abex Corp | Defendant | Wyles, Kelvin | DeHay & Elliston LLP-California | Attorney in |

| | | | | Charge |
|---|---|---|---|---|
| Abex Corp | Defendant | White, Paul C | Yukevich \| Cavanaugh | Attorney in Charge |
| Abex Corp | Defendant | Judin, Jennifer | DeHay & Elliston LLP-California | Attorney in Charge |
| Adel Fasteners | Defendant | Bailey, Bobbie R | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Adel Fasteners | Defendant | Rome, Henry D | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Adel Fasteners | Defendant | Rauch, Lisa | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Advanced Composites Group Inc | Defendant | Mitchell, Wade | Baker & Hostetler LLP-Cleveland | Attorney in Charge |
| B A S F Corp | Defendant | Dittoe, John E | Reed Smith LLP-San Francisco Office | Attorney in Charge |
| B A S F Corp | Defendant | Uong, Tuan | Reed Smith LLP-GCC Office | Attorney in Charge |
| B A S F Performance Products LLC | Defendant | Dittoe, John E | Reed Smith LLP-San Francisco Office | Attorney in Charge |
| B A S F Performance Products LLC | Defendant | Uong, Tuan | Reed Smith LLP-GCC Office | Attorney in Charge |
| B F Goodrich Aerospace | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| B F Goodrich Corp | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| Bendix Corp | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Bendix Corp | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Boeing Co | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Boeing Co | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Boeing Co | Defendant | Gold, Oliver M | Perkins Coie LLP-Los Angeles | Attorney in Charge |
| Borg Warner Corp | Defendant | Perez, Allegra | Booth Mitchel & Strange LLP | Attorney in Charge |
| Borg Warner Morse Tec Inc | Defendant | Perez, Allegra | Booth Mitchel & Strange LLP | Attorney in Charge |
| C F M International Inc | Defendant | Gardiner, Katherine | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| C F M International Inc | Defendant | Johnson, Derek S | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| C F M International Inc | Defendant | Sheldon, Charles | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| C R A Trailers Inc | Defendant | Smelser, Steven | Yukevich \| Cavanaugh | Attorney in Charge |
| C R A Trailers Inc | Defendant | Ko, Sandra | Ko, Sandra | Attorney in Charge |
| Carlisle Co Inc | Defendant | Pietrykowski, Michael J | Gordon & Rees-San Francisco | Attorney in Charge |
| Carlisle Co Inc | Defendant | Willenburg, Don | Gordon & Rees-San Francisco | Attorney in Charge |
| Caterpillar Inc | Defendant | DEANE, JEFFREY W | Selman Breitman LLP-Los Angeles | Attorney in Charge |
| Caterpillar Inc | Defendant | Counsel, Asbestos SB-LA | Selman Breitman LLP-Los Angeles | Attorney |
| Caterpillar Inc | Defendant | Almazan, Marla T | Selman Breitman LLP-Los Angeles | Attorney in Charge |
| Ciba Co Inc | Defendant | Dittoe, John E | Reed Smith LLP-San Francisco Office | Attorney in Charge |
| | | | | Attorney in |

| | | | | |
|---|---|---|---|---|
| Ciba Co Inc | Defendant | Uong, Tuan | Reed Smith LLP-GCC Office | Charge |
| Ciba Specialty Chemicals Corp | Defendant | Dittoe, John E | Reed Smith LLP-San Francisco Office | Attorney in Charge |
| Ciba Specialty Chemicals Corp | Defendant | Uong, Tuan | Reed Smith LLP-GCC Office | Attorney in Charge |
| Cummins Inc | Defendant | Jackson, Gabriel A | Jackson Jenkins Renstrom LLP | Attorney in Charge |
| Cummins Inc | Defendant | Thuesen, Albert L | Jackson Jenkins Renstrom LLP | Attorney in Charge |
| Cummins Inc | Defendant | Chiosso, Anthony C | Jackson Jenkins Renstrom LLP | Attorney in Charge |
| Cummins Inc | Defendant | Supowit, Stuart | Jackson Jenkins Renstrom LLP | Attorney in Charge |
| Curtiss Wright Corp | Defendant | Smith, Deborah A | Gordon & Rees-San Francisco | Attorney in Charge |
| Curtiss Wright Corp | Defendant | LaFevers, Kathryn | Gordon & Rees-San Francisco | Attorney in Charge |
| Dana Companies LLC | Defendant | Nicol, Farah | McKenna Long & Aldridge-Los Angeles | Attorney in Charge |
| Dexter Corp | Defendant | Khonsari, Arezou | Lewis Brisbois Bisgaard & Smith LLP-Los Angeles | Attorney in Charge |
| Douglas Aircraft | Defendant | Boone, Robert E | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| Douglas Aircraft | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Douglas Aircraft | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Douglas Aircraft | Defendant | Pettis, James C | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| Douglas Aircraft | Defendant | Gold, Oliver M | Perkins Coie LLP-Los Angeles | Attorney in Charge |
| Eaton Aeroquip Inc | Defendant | Renzi, Danielle Ochi | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| Eaton Aeroquip LLC | Defendant | Renzi, Danielle Ochi | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| Eaton Aerospace LLC | Defendant | Renzi, Danielle Ochi | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| Eaton Corp | Defendant | Renzi, Danielle Ochi | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| Elbit Systems of America LLC | Defendant | Duffy, Joseph | Morgan Lewis & Bockius LLP-Los Angeles | Attorney in Charge |
| Elbit Systems of America LLC | Defendant | Phillips, Meghan Lynn | Morgan Lewis & Bockius LLP-Los Angeles | Attorney in Charge |
| Fairchild Aviation Corp | Defendant | Duffy, Joseph | Morgan Lewis & Bockius LLP-Los Angeles | Attorney in Charge |
| Fairchild Aviation Corp | Defendant | Phillips, Meghan Lynn | Morgan Lewis & Bockius LLP-Los Angeles | Attorney in Charge |
| Federal Mogul Asbestos Personal Injury Trust | Defendant | BRADY, MATTHEW S | Selman Breitman LLP-Santa Ana | Attorney in Charge |
| Felt Products Manufacturing Co | Defendant | No Answer on File | Firm TBD | Attorney in Charge |
| File & ServeXpress Service | File & ServeXpress | Service, File & ServeXpress | File & ServeXpress Service | Attorney in Charge |
| Ford Motor Co | Defendant | Smelser, Steven | Yukevich | Cavanaugh | Attorney in Charge |
| Ford Motor Co | Defendant | Ko, Sandra | Ko, Sandra | Attorney in Charge |
| Ford Motor Co | Defendant | Johnston, Sarah | Johnston, Sarah | Attorney |
| G E Aviation Systems LLC | Defendant | Gardiner, Katherine | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| G E Aviation Systems LLC | Defendant | Johnson, Derek S | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |

| G E Aviation Systems LLC | Defendant | Sheldon, Charles | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| General Electric Co | Defendant | Gardiner, Katherine | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| General Electric Co | Defendant | Johnson, Derek S | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| General Electric Co | Defendant | Sheldon, Charles | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| General Gasket Corp | Defendant | Johnson, Karen | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| General Laboratory Associates | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| Genuine Parts Co Inc | Defendant | Pond, Frank D | Pond North LLP | Attorney in Charge |
| Genuine Parts Co Inc | Defendant | Pieper, Timothy | Pond North LLP | Attorney in Charge |
| Genuine Parts Co Inc | Defendant | Schatz, Russell W | Pond North LLP | Attorney in Charge |
| Goodrich Corp | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| Goodrich Fuel Utilities Systems | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| Goodyear Aerospace Corp | Defendant | Stone, Elan N | Lewis Brisbois Bisgaard & Smith LLP-Los Angeles | Attorney in Charge |
| Goodyear Tire & Rubber Co | Defendant | Stone, Elan N | Lewis Brisbois Bisgaard & Smith LLP-Los Angeles | Attorney in Charge |
| Great Dane Trailers Inc | Defendant | Smelser, Steven | Yukevich \| Cavanaugh | Attorney in Charge |
| Great Dane Trailers Inc | Defendant | Ko, Sandra | Ko, Sandra | Attorney in Charge |
| Grizzly Manufacturing Co | Defendant | Chan, Macy M | Hawkins Parnell Thackston & Young LLP-California | Attorney in Charge |
| Grizzly Manufacturing Co | Defendant | Ulloa, Edward | Hawkins Parnell Thackston & Young LLP-California | Attorney in Charge |
| Grizzly Manufacturing Co | Defendant | Bowlby, Stephanie | Hawkins Parnell Thackston & Young LLP-California | Attorney in Charge |
| Harco Laboratories Inc | Defendant | Pajala, Ulla M | Burnham Brown-Oakland | Attorney in Charge |
| Harco Laboratories Inc | Defendant | Downey, Thomas M | Burnham Brown-Oakland | Attorney in Charge |
| Henkel Corp | Defendant | Khonsari, Arezou | Lewis Brisbois Bisgaard & Smith LLP-Los Angeles | Attorney in Charge |
| Honeywell Aerospace | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Honeywell Aerospace | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Honeywell International Inc | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Honeywell International Inc | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Imo Industries Inc | Defendant | Bailey, Bobbie R | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Imo Industries Inc | Defendant | Rome, Henry D | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Imo Industries Inc | Defendant | Rauch, Lisa | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| International Truck & Engine Corp | Defendant | Lannus, Paul | Lankford Crawford Moreno & Ostertag LLP | Attorney in Charge |
| International Truck & Engine Corp | Defendant | Ostertag, James | Lankford Crawford Moreno & Ostertag LLP | Attorney in Charge |
| International Truck & Engine Corp | Defendant | Nelson, Evan C | Nelson, Evan C | Attorney in Charge |

| | | | | |
|---|---|---|---|---|
| J D Lincoln Inc | Defendant | Mitchell, Wade | Baker & Hostetler LLP-Cleveland | Attorney in Charge |
| J D Lincoln Inc | Defendant | Davis, Jim | Davis, Jim | Attorney in Charge |
| Kenworth Truck Co | Defendant | Buty, Madeline | Buty & Curilano LLP | Attorney in Charge |
| Lockheed Martin Aeronautical Systems | Defendant | Glazier, Guy P | Glazier Yee LLLP | Attorney in Charge |
| Lockheed Martin Aeronautical Systems | Defendant | Parker, Deborah M | Glazier Yee LLLP | Attorney in Charge |
| Lockheed Martin Aeronautical Systems | Defendant | Irani, Nina C | Irani, Nina C Esq | Attorney in Charge |
| Lockheed Martin Corp | Defendant | Glazier, Guy P | Glazier Yee LLLP | Attorney in Charge |
| Lockheed Martin Corp | Defendant | Parker, Deborah M | Glazier Yee LLLP | Attorney in Charge |
| Lockheed Martin Corp | Defendant | Irani, Nina C | Irani, Nina C Esq | Attorney in Charge |
| Lockheed Martin Tactical Systems Inc | Defendant | Glazier, Guy P | Glazier Yee LLLP | Attorney in Charge |
| Lockheed Martin Tactical Systems Inc | Defendant | Parker, Deborah M | Glazier Yee LLLP | Attorney in Charge |
| Lockheed Martin Tactical Systems Inc | Defendant | Irani, Nina C | Irani, Nina C Esq | Attorney in Charge |
| M 7 Aerospace LLC | Defendant | Duffy, Joseph | Morgan Lewis & Bockius LLP-Los Angeles | Attorney in Charge |
| M 7 Aerospace LLC | Defendant | Phillips, Meghan Lynn | Morgan Lewis & Bockius LLP-Los Angeles | Attorney in Charge |
| Mack Trucks Inc | Defendant | Lannus, Paul | Lankford Crawford Moreno & Ostertag LLP | Attorney in Charge |
| Mack Trucks Inc | Defendant | Ostertag, James | Lankford Crawford Moreno & Ostertag LLP | Attorney in Charge |
| Mack Trucks Inc | Defendant | Nelson, Evan C | Nelson, Evan C | Attorney in Charge |
| Maremont Corp | Defendant | Chan, Macy M | Hawkins Parnell Thackston & Young LLP-California | Attorney in Charge |
| Maremont Corp | Defendant | Ulloa, Edward | Hawkins Parnell Thackston & Young LLP-California | Attorney in Charge |
| Maremont Corp | Defendant | Bowlby, Stephanie | Hawkins Parnell Thackston & Young LLP-California | Attorney in Charge |
| McDonnell Douglas Corp | Defendant | Boone, Robert E | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| McDonnell Douglas Corp | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| McDonnell Douglas Corp | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| McDonnell Douglas Corp | Defendant | Pettis, James C | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| McDonnell Douglas Corp | Defendant | Gold, Oliver M | Perkins Coie LLP-Los Angeles | Attorney in Charge |
| Metropolitan Life Insurance Co | Defendant | Spira, Kirsten | Steptoe & Johnson LLP - Century City | Attorney in Charge |
| Metropolitan Life Insurance Co | Defendant | Petrovsky, Lisa | Steptoe & Johnson LLP-Los Angeles | Attorney in Charge |
| Minnesota Mining & Manufacturing Co | Defendant | Boone, Mordecai D | Gordon & Rees-San Francisco | Attorney in Charge |
| Minnesota Mining & Manufacturing Co | Defendant | Zacher, P Gerhardt | Gordon & Rees-San Francisco | Attorney in Charge |
| Minnesota Mining & Manufacturing Co | Defendant | Futoran, Kristine | Gordon & Rees-San Francisco | Attorney in Charge |
| Motion Control Industries Inc | Defendant | Pietrykowski, Michael J | Gordon & Rees-San Francisco | Attorney in Charge |

| | | | | |
|---|---|---|---|---|
| Motion Control Industries Inc | Defendant | Willenburg, Don | Gordon & Rees-San Francisco | Attorney in Charge |
| N A P A | Defendant | Pond, Frank D | Pond North LLP | Attorney in Charge |
| N A P A | Defendant | Pieper, Timothy | Pond North LLP | Attorney in Charge |
| N A P A | Defendant | Schatz, Russell W | Pond North LLP | Attorney in Charge |
| National Automotive Parts Association | Defendant | Pond, Frank D | Pond North LLP | Attorney in Charge |
| National Automotive Parts Association | Defendant | Pieper, Timothy | Pond North LLP | Attorney in Charge |
| National Automotive Parts Association | Defendant | Schatz, Russell W | Pond North LLP | Attorney in Charge |
| Navistar Inc | Defendant | Lannus, Paul | Lankford Crawford Moreno & Ostertag LLP | Attorney in Charge |
| Navistar Inc | Defendant | Ostertag, James | Lankford Crawford Moreno & Ostertag LLP | Attorney in Charge |
| Navistar Inc | Defendant | Nelson, Evan C | Nelson, Evan C | Attorney in Charge |
| North American Aviation Corp | Defendant | Boone, Robert E | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| North American Aviation Corp | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| North American Aviation Corp | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| North American Aviation Corp | Defendant | Pettis, James C | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| North American Aviation Corp | Defendant | Gold, Oliver M | Perkins Coie LLP-Los Angeles | Attorney in Charge |
| Olds, Paul | Plaintiff | Bartlett, Jennifer L | Simon Greenstone Panatier Bartlett PC | Attorney in Charge |
| Paccar Inc | Defendant | Buty, Madeline | Buty & Curliano LLP | Attorney in Charge |
| Parker Aerospace | Defendant | No Answer on File | Firm TBD | Attorney in Charge |
| Parker Hannifin Corp | Defendant | Kum, Robert | Sedgwick LLP-Los Angeles | Attorney in Charge |
| Parker Hannifin Corp | Defendant | Groseclose, Mathew | Sedgwick LLP-Los Angeles | Attorney in Charge |
| Parker Hannifin Corp | Defendant | Disaia, Steven D | Sedgwick LLP-Los Angeles | Attorney in Charge |
| Peterbilt Truck Co | Defendant | Buty, Madeline | Buty & Curliano LLP | Attorney in Charge |
| Pirelli Communications Cables & Systems USA LLC | Defendant | Ezzell, Peter Q | Thompson Coe Cousins & Irons LLP-Houston-Dallas | Attorney in Charge |
| Pneumo Abex Aerospace | Defendant | Wyles, Kelvin | DeHay & Elliston LLP-California | Attorney in Charge |
| Pneumo Abex Aerospace | Defendant | White, Paul C | Yukevich \| Cavanaugh | Attorney in Charge |
| Pneumo Abex Aerospace | Defendant | Judin, Jennifer | DeHay & Elliston LLP-California | Attorney in Charge |
| Pneumo Abex LLC | Defendant | Wyles, Kelvin | DeHay & Elliston LLP-California | Attorney in Charge |
| Pneumo Abex LLC | Defendant | White, Paul C | Yukevich \| Cavanaugh | Attorney in Charge |
| Pneumo Abex LLC | Defendant | Judin, Jennifer | DeHay & Elliston LLP-California | Attorney in Charge |
| Pneumo Abex LLC | Defendant | Hormozyari, Anosheh | DeHay & Elliston LLP-California | Attorney |
| Pratt & Whitney | Defendant | Son, John K | Tucker Ellis LLP -Los Angeles | Attorney in Charge |

| | | | | |
|---|---|---|---|---|
| Pratt & Whitney | Defendant | Wilson, Lance D | Tucker Ellis LLP-San Francisco | Attorney in Charge |
| Prysmian Power Cables & Systems USA LLC | Defendant | Ezzell, Peter Q | Thompson Coe Cousins & Irons LLP-Houston-Dallas | Attorney in Charge |
| Rockwell International Corp | Defendant | Boone, Robert E | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| Rockwell International Corp | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Rockwell International Corp | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Rockwell International Corp | Defendant | Pettis, James C | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| Rockwell International Corp | Defendant | Gold, Oliver M | Perkins Coie LLP-Los Angeles | Attorney in Charge |
| Simmonds Precision Engine Systems Inc | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| Simmonds Precision Products Inc | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| Smiths Aerospace LLC | Defendant | Gardiner, Katherine | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| Smiths Aerospace LLC | Defendant | Johnson, Derek S | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| Smiths Aerospace LLC | Defendant | Sheldon, Charles | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| Spicer Manufacturing Co | Defendant | Nicol, Farah | McKenna Long & Aldridge-Los Angeles | Attorney in Charge |
| Thermo King Corp | Defendant | Crochet, Carla L | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| Thermo King Corp | Defendant | Milbrodt, Jeremy | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| Thermo King Corp | Defendant | Galfayan, Arpi | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| U M E C O Structural Materials OK Inc | Defendant | Mitchell, Wade | Baker & Hostetler LLP-Cleveland | Attorney in Charge |
| UMECO Structural Materials CA Inc | Defendant | Mitchell, Wade | Baker & Hostetler LLP-Cleveland | Attorney in Charge |
| UMECO Structural Materials CA Inc | Defendant | Davis, Jim | Davis, Jim | Attorney in Charge |
| Union Carbide Corp | Defendant | Nicol, Farah | McKenna Long & Aldridge-Los Angeles | Attorney in Charge |
| United Technologies Corp | Defendant | Son, John K | Tucker Ellis LLP -Los Angeles | Attorney in Charge |
| United Technologies Corp | Defendant | Wilson, Lance D | Tucker Ellis LLP-San Francisco | Attorney in Charge |
| Utility Trailer Manufacturing Co | Defendant | Ackley, Lisa R | Ackley, Lisa R | Attorney in Charge |
| Utility Trailer Manufacturing Co | Defendant | Huynh, Elizabeth | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| Utility Trailer Manufacturing Co | Defendant | Quon, Kimberly | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| Victor Gasket Manufacturing Co | Defendant | Nicol, Farah | McKenna Long & Aldridge-Los Angeles | Attorney in Charge |
| Wiggins Connectors | Defendant | Bailey, Bobbie R | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Wiggins Connectors | Defendant | Rome, Henry D | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Wiggins Connectors | Defendant | Rauch, Lisa | Howard Rome Martin & Ridley LLP | Attorney in Charge |

Begin a New Transaction     Return to My File & ServeXpress     Print     Transaction Report

File & Serve *Xpress*

About File & ServeXpress | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2013 File & ServeXpress Holdings, LLC. All rights reserved.

Your transaction has been successfully submitted to File & ServeXpress. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button. For a formatted copy of this information, obtain a transaction report.
To perform another transaction, click **Begin a New Transaction.**
To exit Filing & Service, click **Return to My File & ServeXpress.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## File & ServeXpress Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 54470997 |
| **Submitted by:** | Silvia Munoz, Tucker Ellis LLP -Los Angeles |
| **Authorized by:** | John K Son, Tucker Ellis LLP -Los Angeles |
| **Authorize and file on:** | Oct 30 2013 1:40PM PDT |

| | |
|---|---|
| **Court:** | CA US District Court Central District |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Olds vs 3M Co (2:12-cv-08539-R) |
| **Case Type:** | Asbestos |
| **Case Number:** | 2:12-cv-08539-R |
| **Case Name:** | Olds, Paul vs 3M Co et al |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | 074908-000772 |
| **Read Status for e-service:** | Not Purchased |

**Documents List**
**1 Document(s)**

| | | | |
|---|---|---|---|
| **Attached Document, 1 Pages   Document ID: 57517871** | | PDF Format  |  Original Format | |
| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
| Correspondence | Secure Public | $0.00 | |

**Document title:**
Defendant United Technologies Corporation Notice of Ex Parte Application

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| United Technologies Corp | Defendant | Son, John K | Tucker Ellis LLP -Los Angeles | Attorney in Charge |

⊟ **Recipients (61)**

⊞ Service List (61)

⊟ Additional Recipients (0)

⊟ **Case Parties**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| 3M Co | Defendant | Boone, Mordecai D | Gordon & Rees-San Francisco | Attorney in Charge |
| 3M Co | Defendant | Zacher, P Gerhardt | Gordon & Rees-San Francisco | Attorney in Charge |
| 3M Co | Defendant | Futoran, Kristine | Gordon & Rees-San Francisco | Attorney in Charge |
| Abex Corp | Defendant | Wyles, Kelvin | DeHay & Elliston LLP-California | Attorney in |

| | | | | Charge |
|---|---|---|---|---|
| Abex Corp | Defendant | White, Paul C | Yukevich \| Cavanaugh | Attorney in Charge |
| Abex Corp | Defendant | Judin, Jennifer | DeHay & Elliston LLP-California | Attorney in Charge |
| Adel Fasteners | Defendant | Bailey, Bobbie R | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Adel Fasteners | Defendant | Rome, Henry D | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Adel Fasteners | Defendant | Rauch, Lisa | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Advanced Composites Group Inc | Defendant | Mitchell, Wade | Baker & Hostetler LLP-Cleveland | Attorney in Charge |
| B A S F Corp | Defendant | Dittoe, John E | Reed Smith LLP-San Francisco Office | Attorney in Charge |
| B A S F Corp | Defendant | Uong, Tuan | Reed Smith LLP-GCC Office | Attorney in Charge |
| B A S F Performance Products LLC | Defendant | Dittoe, John E | Reed Smith LLP-San Francisco Office | Attorney in Charge |
| B A S F Performance Products LLC | Defendant | Uong, Tuan | Reed Smith LLP-GCC Office | Attorney in Charge |
| B F Goodrich Aerospace | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| B F Goodrich Corp | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| Bendix Corp | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Bendix Corp | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Boeing Co | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Boeing Co | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Boeing Co | Defendant | Gold, Oliver M | Perkins Coie LLP-Los Angeles | Attorney in Charge |
| Borg Warner Corp | Defendant | Perez, Allegra | Booth Mitchel & Strange LLP | Attorney in Charge |
| Borg Warner Morse Tec Inc | Defendant | Perez, Allegra | Booth Mitchel & Strange LLP | Attorney in Charge |
| C F M International Inc | Defendant | Gardiner, Katherine | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| C F M International Inc | Defendant | Johnson, Derek S | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| C F M International Inc | Defendant | Sheldon, Charles | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| C R A Trailers Inc | Defendant | Smelser, Steven | Yukevich \| Cavanaugh | Attorney in Charge |
| C R A Trailers Inc | Defendant | Ko, Sandra | Ko, Sandra | Attorney in Charge |
| Carlisle Co Inc | Defendant | Pietrykowski, Michael J | Gordon & Rees-San Francisco | Attorney in Charge |
| Carlisle Co Inc | Defendant | Willenburg, Don | Gordon & Rees-San Francisco | Attorney in Charge |
| Caterpillar Inc | Defendant | DEANE, JEFFREY W | Selman Breitman LLP-Los Angeles | Attorney in Charge |
| Caterpillar Inc | Defendant | Counsel, Asbestos SB-LA | Selman Breitman LLP-Los Angeles | Attorney |
| Caterpillar Inc | Defendant | Almazan, Maria T | Selman Breitman LLP-Los Angeles | Attorney in Charge |
| Ciba Co Inc | Defendant | Dittoe, John E | Reed Smith LLP-San Francisco Office | Attorney in Charge |
| | | | | Attorney in |

| | | | | |
|---|---|---|---|---|
| Ciba Co Inc | Defendant | Uong, Tuan | Reed Smith LLP-GCC Office | Charge |
| Ciba Specialty Chemicals Corp | Defendant | Dittoe, John E | Reed Smith LLP-San Francisco Office | Attorney in Charge |
| Ciba Specialty Chemicals Corp | Defendant | Uong, Tuan | Reed Smith LLP-GCC Office | Attorney in Charge |
| Cummins Inc | Defendant | Jackson, Gabriel A | Jackson Jenkins Renstrom LLP | Attorney in Charge |
| Cummins Inc | Defendant | Thuesen, Albert L | Jackson Jenkins Renstrom LLP | Attorney in Charge |
| Cummins Inc | Defendant | Chiosso, Anthony C | Jackson Jenkins Renstrom LLP | Attorney in Charge |
| Cummins Inc | Defendant | Supowit, Stuart | Jackson Jenkins Renstrom LLP | Attorney in Charge |
| Curtiss Wright Corp | Defendant | Smith, Deborah A | Gordon & Rees-San Francisco | Attorney in Charge |
| Curtiss Wright Corp | Defendant | LaFevers, Kathryn | Gordon & Rees-San Francisco | Attorney in Charge |
| Dana Companies LLC | Defendant | Nicol, Farah | McKenna Long & Aldridge-Los Angeles | Attorney in Charge |
| Dexter Corp | Defendant | Khonsari, Arezou | Lewis Brisbois Bisgaard & Smith LLP-Los Angeles | Attorney in Charge |
| Douglas Aircraft | Defendant | Boone, Robert E | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| Douglas Aircraft | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Douglas Aircraft | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Doulgas Aircraft | Defendant | Pettis, James C | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| Doulgas Aircraft | Defendant | Gold, Oliver M | Perkins Coie LLP-Los Angeles | Attorney in Charge |
| Eaton Aeroquip Inc | Defendant | Renzi, Danielle Ochi | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| Eaton Aeroquip LLC | Defendant | Renzi, Danielle Ochi | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| Eaton Aerospace LLC | Defendant | Renzi, Danielle Ochi | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| Eaton Corp | Defendant | Renzi, Danielle Ochi | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| Elbit Systems of America LLC | Defendant | Duffy, Joseph | Morgan Lewis & Bockius LLP-Los Angeles | Attorney in Charge |
| Elbit Systems of America LLC | Defendant | Phillips, Meghan Lynn | Morgan Lewis & Bockius LLP-Los Angeles | Attorney in Charge |
| Fairchild Aviation Corp | Defendant | Duffy, Joseph | Morgan Lewis & Bockius LLP-Los Angeles | Attorney in Charge |
| Fairchild Aviation Corp | Defendant | Phillips, Meghan Lynn | Morgan Lewis & Bockius LLP-Los Angeles | Attorney in Charge |
| Federal Mogul Asbestos Personal Injury Trust | Defendant | BRADY, MATTHEW S | Selman Breitman LLP-Santa Ana | Attorney in Charge |
| Felt Products Manufacturing Co | Defendant | No Answer on File | Firm TBD | Attorney in Charge |
| File & ServeXpress Service | File & ServeXpress | Service, File & ServeXpress | File & ServeXpress Service | Attorney in Charge |
| Ford Motor Co | Defendant | Smelser, Steven | Yukevich | Cavanaugh | Attorney in Charge |
| Ford Motor Co | Defendant | Ko, Sandra | Ko, Sandra | Attorney in Charge |
| Ford Motor Co | Defendant | Johnston, Sarah | Johnston, Sarah | Attorney |
| G E Aviation Systems LLC | Defendant | Gardiner, Katherine | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| G E Aviation Systems LLC | Defendant | Johnson, Derek S | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |

| | | | | |
|---|---|---|---|---|
| G E Aviation Systems LLC | Defendant | Sheldon, Charles | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| General Electric Co | Defendant | Gardiner, Katherine | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| General Electric Co | Defendant | Johnson, Derek S | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| General Electric Co | Defendant | Sheldon, Charles | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| General Gasket Corp | Defendant | Johnson, Karen | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| General Laboratory Associates | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| Genuine Parts Co Inc | Defendant | Pond, Frank D | Pond North LLP | Attorney in Charge |
| Genuine Parts Co Inc | Defendant | Pieper, Timothy | Pond North LLP | Attorney in Charge |
| Genuine Parts Co Inc | Defendant | Schatz, Russell W | Pond North LLP | Attorney in Charge |
| Goodrich Corp | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| Goodrich Fuel Utilities Systems | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| Goodyear Aerospace Corp | Defendant | Stone, Eian N | Lewis Brisbois Bisgaard & Smith LLP-Los Angeles | Attorney in Charge |
| Goodyear Tire & Rubber Co | Defendant | Stone, Eian N | Lewis Brisbois Bisgaard & Smith LLP-Los Angeles | Attorney in Charge |
| Great Dane Trailers Inc | Defendant | Smelser, Steven | Yukevich | Cavanaugh | Attorney in Charge |
| Great Dane Trailers Inc | Defendant | Ko, Sandra | Ko, Sandra | Attorney in Charge |
| Grizzly Manufacturing Co | Defendant | Chan, Macy M | Hawkins Parnell Thackston & Young LLP-California | Attorney in Charge |
| Grizzly Manufacturing Co | Defendant | Ulloa, Edward | Hawkins Parnell Thackston & Young LLP-California | Attorney in Charge |
| Grizzly Manufacturing Co | Defendant | Bowlby, Stephanie | Hawkins Parnell Thackston & Young LLP-California | Attorney in Charge |
| Harco Laboratories Inc | Defendant | Pajala, Ulla M | Burnham Brown-Oakland | Attorney in Charge |
| Harco Laboratories Inc | Defendant | Downey, Thomas M | Burnham Brown-Oakland | Attorney in Charge |
| Henkel Corp | Defendant | Khonsari, Arezou | Lewis Brisbois Bisgaard & Smith LLP-Los Angeles | Attorney in Charge |
| Honeywell Aerospace | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Honeywell Aerospace | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Honeywell International Inc | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Honeywell International Inc | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Imo Industries Inc | Defendant | Bailey, Bobbie R | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Imo Industries Inc | Defendant | Rome, Henry D | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Imo Industries Inc | Defendant | Rauch, Lisa | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| International Truck & Engine Corp | Defendant | Lannus, Paul | Lankford Crawford Moreno & Ostertag LLP | Attorney in Charge |
| International Truck & Engine Corp | Defendant | Ostertag, James | Lankford Crawford Moreno & Ostertag LLP | Attorney in Charge |
| International Truck & Engine Corp | Defendant | Nelson, Evan C | Nelson, Evan C | Attorney in Charge |

| | | | | |
|---|---|---|---|---|
| J D Lincoln Inc | Defendant | Mitchell, Wade | Baker & Hostetler LLP-Cleveland | Attorney in Charge |
| J D Lincoln Inc | Defendant | Davis, Jim | Davis, Jim | Attorney in Charge |
| Kenworth Truck Co | Defendant | Buty, Madeline | Buty & Curliano LLP | Attorney in Charge |
| Lockheed Martin Aeronautical Systems | Defendant | Glazier, Guy P | Glazier Yee LLLP | Attorney in Charge |
| Lockheed Martin Aeronautical Systems | Defendant | Parker, Deborah M | Glazier Yee LLLP | Attorney in Charge |
| Lockheed Martin Aeronautical Systems | Defendant | Irani, Nina C | Irani, Nina C Esq | Attorney in Charge |
| Lockheed Martin Corp | Defendant | Glazier, Guy P | Glazier Yee LLLP | Attorney in Charge |
| Lockheed Martin Corp | Defendant | Parker, Deborah M | Glazier Yee LLLP | Attorney in Charge |
| Lockheed Martin Corp | Defendant | Irani, Nina C | Irani, Nina C Esq | Attorney in Charge |
| Lockheed Martin Tactical Systems Inc | Defendant | Glazier, Guy P | Glazier Yee LLLP | Attorney in Charge |
| Lockheed Martin Tactical Systems Inc | Defendant | Parker, Deborah M | Glazier Yee LLLP | Attorney in Charge |
| Lockheed Martin Tactical Systems Inc | Defendant | Irani, Nina C | Irani, Nina C Esq | Attorney in Charge |
| M 7 Aerospace LLC | Defendant | Duffy, Joseph | Morgan Lewis & Bockius LLP-Los Angeles | Attorney in Charge |
| M 7 Aerospace LLC | Defendant | Phillips, Meghan Lynn | Morgan Lewis & Bockius LLP-Los Angeles | Attorney in Charge |
| Mack Trucks Inc | Defendant | Lannus, Paul | Lankford Crawford Moreno & Ostertag LLP | Attorney in Charge |
| Mack Trucks Inc | Defendant | Ostertag, James | Lankford Crawford Moreno & Ostertag LLP | Attorney in Charge |
| Mack Trucks Inc | Defendant | Nelson, Evan C | Nelson, Evan C | Attorney in Charge |
| Maremont Corp | Defendant | Chan, Macy M | Hawkins Parnell Thackston & Young LLP-California | Attorney in Charge |
| Maremont Corp | Defendant | Ulloa, Edward | Hawkins Parnell Thackston & Young LLP-California | Attorney in Charge |
| Maremont Corp | Defendant | Bowlby, Stephanie | Hawkins Parnell Thackston & Young LLP-California | Attorney in Charge |
| McDonnell Douglas Corp | Defendant | Boone, Robert E | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| McDonnell Douglas Corp | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| McDonnell Douglas Corp | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| McDonnell Douglas Corp | Defendant | Pettis, James C | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| McDonnell Douglas Corp | Defendant | Gold, Oliver M | Perkins Coie LLP-Los Angeles | Attorney in Charge |
| Metropolitan Life Insurance Co | Defendant | Spira, Kirsten | Steptoe & Johnson LLP -Century City | Attorney in Charge |
| Metropolitan Life Insurance Co | Defendant | Petrovsky, Lisa | Steptoe & Johnson LLP-Los Angeles | Attorney in Charge |
| Minnesota Mining & Manufacturing Co | Defendant | Boone, Mordecai D | Gordon & Rees-San Francisco | Attorney in Charge |
| Minnesota Mining & Manufacturing Co | Defendant | Zacher, P Gerhardt | Gordon & Rees-San Francisco | Attorney in Charge |
| Minnesota Mining & Manufacturing Co | Defendant | Futoran, Kristine | Gordon & Rees-San Francisco | Attorney in Charge |
| Motion Control Industries Inc | Defendant | Pietrykowski, Michael J | Gordon & Rees-San Francisco | Attorney in Charge |

| | | | | |
|---|---|---|---|---|
| Motion Control Industries Inc | Defendant | Willenburg, Don | Gordon & Rees-San Francisco | Attorney in Charge |
| N A P A | Defendant | Pond, Frank D | Pond North LLP | Attorney in Charge |
| N A P A | Defendant | Pieper, Timothy | Pond North LLP | Attorney in Charge |
| N A P A | Defendant | Schatz, Russell W | Pond North LLP | Attorney in Charge |
| National Automotive Parts Association | Defendant | Pond, Frank D | Pond North LLP | Attorney in Charge |
| National Automotive Parts Association | Defendant | Pieper, Timothy | Pond North LLP | Attorney in Charge |
| National Automotive Parts Association | Defendant | Schatz, Russell W | Pond North LLP | Attorney in Charge |
| Navistar Inc | Defendant | Lannus, Paul | Lankford Crawford Moreno & Ostertag LLP | Attorney in Charge |
| Navistar Inc | Defendant | Ostertag, James | Lankford Crawford Moreno & Ostertag LLP | Attorney in Charge |
| Navistar Inc | Defendant | Nelson, Evan C | Nelson, Evan C | Attorney in Charge |
| North American Aviation Corp | Defendant | Boone, Robert E | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| North American Aviation Corp | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| North American Aviation Corp | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| North American Aviation Corp | Defendant | Pettis, James C | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| North American Aviation Corp | Defendant | Gold, Oliver M | Perkins Coie LLP-Los Angeles | Attorney in Charge |
| Olds, Paul | Plaintiff | Bartlett, Jennifer L | Simon Greenstone Panatier Bartlett PC | Attorney in Charge |
| Paccar Inc | Defendant | Buty, Madeline | Buty & Curliano LLP | Attorney in Charge |
| Parker Aerospace | Defendant | No Answer on File | Firm TBD | Attorney in Charge |
| Parker Hannifin Corp | Defendant | Kum, Robert | Sedgwick LLP-Los Angeles | Attorney in Charge |
| Parker Hannifin Corp | Defendant | Groseclose, Mathew | Sedgwick LLP-Los Angeles | Attorney in Charge |
| Parker Hannifin Corp | Defendant | Disaia, Steven D | Sedgwick LLP-Los Angeles | Attorney in Charge |
| Peterbilt Truck Co | Defendant | Buty, Madeline | Buty & Curliano LLP | Attorney in Charge |
| Pirelli Communications Cables & Systems USA LLC | Defendant | Ezzell, Peter Q | Thompson Coe Cousins & Irons LLP-Houston-Dallas | Attorney in Charge |
| Pneumo Abex Aerospace | Defendant | Wyles, Kelvin | DeHay & Elliston LLP-California | Attorney in Charge |
| Pneumo Abex Aerospace | Defendant | White, Paul C | Yukevich | Cavanaugh | Attorney in Charge |
| Pneumo Abex Aerospace | Defendant | Judin, Jennifer | DeHay & Elliston LLP-California | Attorney in Charge |
| Pneumo Abex LLC | Defendant | Wyles, Kelvin | DeHay & Elliston LLP-California | Attorney in Charge |
| Pneumo Abex LLC | Defendant | White, Paul C | Yukevich | Cavanaugh | Attorney in Charge |
| Pneumo Abex LLC | Defendant | Judin, Jennifer | DeHay & Elliston LLP-California | Attorney in Charge |
| Pneumo Abex LLC | Defendant | Hormozyari, Anosheh | DeHay & Elliston LLP-California | Attorney |
| Pratt & Whitney | Defendant | Son, John K | Tucker Ellis LLP -Los Angeles | Attorney in Charge |

| | | | | |
|---|---|---|---|---|
| Pratt & Whitney | Defendant | Wilson, Lance D | Tucker Ellis LLP-San Francisco | Attorney in Charge |
| Prysmian Power Cables & Systems USA LLC | Defendant | Ezzell, Peter Q | Thompson Coe Cousins & Irons LLP-Houston-Dallas | Attorney in Charge |
| Rockwell International Corp | Defendant | Boone, Robert E | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| Rockwell International Corp | Defendant | Biderman, David T | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Rockwell International Corp | Defendant | Kim, Bo | Perkins Coie LLP-San Francisco | Attorney in Charge |
| Rockwell International Corp | Defendant | Pettis, James C | Bryan Cave LLP-Santa Monica | Attorney in Charge |
| Rockwell International Corp | Defendant | Gold, Oliver M | Perkins Coie LLP-Los Angeles | Attorney in Charge |
| Simmons Precision Engine Systems Inc | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| Simmons Precision Products Inc | Defendant | Glaspy, David | Glaspy & Glaspy | Attorney in Charge |
| Smiths Aerospace LLC | Defendant | Gardiner, Katherine | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| Smiths Aerospace LLC | Defendant | Johnson, Derek S | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| Smiths Aerospace LLC | Defendant | Sheldon, Charles | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| Spicer Manufacturing Co | Defendant | Nicol, Farah | McKenna Long & Aldridge-Los Angeles | Attorney in Charge |
| Thermo King Corp | Defendant | Crochet, Carla L | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| Thermo King Corp | Defendant | Milbrodt, Jeremy | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| Thermo King Corp | Defendant | Galfayan, Arpi | Prindle Decker & Amaro LLP-Long Beach | Attorney in Charge |
| U M E C O Structural Materials OK Inc | Defendant | Mitchell, Wade | Baker & Hostetler LLP-Cleveland | Attorney in Charge |
| UMECO Structural Materials CA Inc | Defendant | Mitchell, Wade | Baker & Hostetler LLP-Cleveland | Attorney in Charge |
| UMECO Structural Materials CA Inc | Defendant | Davis, Jim | Davis, Jim | Attorney in Charge |
| Union Carbide Corp | Defendant | Nicol, Farah | McKenna Long & Aldridge-Los Angeles | Attorney in Charge |
| United Technologies Corp | Defendant | Son, John K | Tucker Ellis LLP -Los Angeles | Attorney in Charge |
| United Technologies Corp | Defendant | Wilson, Lance D | Tucker Ellis LLP-San Francisco | Attorney in Charge |
| Utility Trailer Manufacturing Co | Defendant | Ackley, Lisa R | Ackley, Lisa R | Attorney in Charge |
| Utility Trailer Manufacturing Co | Defendant | Huynh, Elizabeth | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| Utility Trailer Manufacturing Co | Defendant | Quon, Kimberly | Walsworth Franklin Bevins & McCall-Orange | Attorney in Charge |
| Victor Gasket Manufacturing Co | Defendant | Nicol, Farah | McKenna Long & Aldridge-Los Angeles | Attorney in Charge |
| Wiggins Connectors | Defendant | Bailey, Bobbie R | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Wiggins Connectors | Defendant | Rome, Henry D | Howard Rome Martin & Ridley LLP | Attorney in Charge |
| Wiggins Connectors | Defendant | Rauch, Lisa | Howard Rome Martin & Ridley LLP | Attorney in Charge |

[ Begin a New Transaction ]   [ Return to My File & ServeXpress ]   [ Print ]   [ Transaction Report ]

File & Serve *Xpress*   | About File & ServeXpress | Terms & Conditions | Privacy | Customer Support – 1-888-529-7587
| Copyright © 2013 File & ServeXpress Holdings, LLC. All rights reserved.

## CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On October 30, 2013, I served the following document entitled DECLARATION OF JOHN K. SON IN SUPPORT OF DEFENDANT UNITED TECHNOLOGIES CORPORATION'S EX PARTE APPLICATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF UNITED TECHNOLOGIES CORPORATION AND REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO RULES OF CIVIL PROCEDURE 30(B)(6); AND PLAINTIFFS' REQUEST FOR SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES on the interested parties in this action by:

(X)     **ELECTRONICALLY VIA ECF:** the above-entitled document to be served electronically through the United States District Court, Central District ECF website, addressed to all parties appearing on the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

( )     **U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, **for each address named on the attached service list** for collection and mailing on the below indicated day following the ordinary business practices at Tucker Ellis LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

(X)     I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 30, 2013 at Los Angeles, California.

Bianca Flores

TUCKER ELLIS LLP
Cleveland ◆ Columbus ◆ Denver ◆ Los Angeles ◆ San Francisco

CERTIFICATE OF SERVICE

074908000772947251