# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OLDS,<br><br>          Plaintiff,<br><br>     v.<br><br>3M COMPANY (aka MINNESOTA MINING & MANUFACTURING COMPANY, *et al.*<br><br>          Defendants. | Case No. 2:12-cv-08539 R (MRWx)<br><br>**JUDGMENT** |

Defendant Pneumo Abex LLC's ("Abex") Motion for Summary Judgment came on regularly for hearing on November 25, 2013 at 10:00 a.m., before Honorable Manuel L. Real, in department 8 of the United States District Court for the Central District of California.

The Court, having considered Abex's Motion for Summary Judgment, and any Opposition and Reply thereto, hereby GRANTS Abex's Motion, pursuant to Federal Rule of Civil Procedure 56. No genuine issue as to any material fact exists with regard to Abex, and Abex is entitled to judgment as a matter of law.

///

1  It is ORDERED AND ADJUDGED that judgment is entered in favor of
2  Abex and against Plaintiff Paul Olds. Plaintiff shall take nothing from Abex with
3  respect to Plaintiff's complaint, and Plaintiff's entire complaint is dismissed with
4  prejudice as to Abex.
5  It is FURTHER ORDERED AND ADJUDGED that Abex be awarded costs
6  pursuant to Federal Rule of Civil Procedure 54.

Dated: December 10, 2013

_____
HONORABLE MANUEL L. REAL