UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OLDS<br><br>　　　　Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.<br><br>　　　　Defendants. | CASE NO. 2:12-cv-08539-R-MWR<br><br>**JUDGMENT** |

### JUDGMENT PURSUANT TO EATON CORPORATION'S MOTION FOR SUMMARY JUDGMENT

The motion of defendant Eaton Corporation for summary judgment came on regularly for hearing before this Court on November 25, 2013. After consideration of the admissible evidence, the separate statements, and the authorities of the parties, the Court hereby finds that there is no genuine issue as to any material fact, and defendant Eaton Corporation is entitled to judgment as a matter of law with respect to all causes of action as follows:

[PROPOSED] JUDGMENT

1

1)   There is no genuine issue as to any material fact and defendant Eaton Corporation is entitled to judgment as a matter of law with respect to plaintiff's First Cause of Action for Negligence.

2)   There is no genuine issue as to any material fact and defendant Eaton Corporation is entitled to judgment as a matter of law with respect to plaintiff's Second Cause of Action for Strict Products Liability.

3)   There is no genuine issue as to any material fact and defendant Eaton Corporation is entitled to judgment as a matter of law with respect to plaintiff's Third Cause of Action for Breach of Warranty.

IT IS HEREBY ORDERED that plaintiff take nothing from defendant Eaton Corporation with respect to plaintiff's claims for relief asserted in his complaint, and judgment is entered in favor of defendant Eaton Corporation. Plaintiff's Complaint is dismissed with prejudice on the merits as to Eaton Corporation.

UNITED STATES DISTRICT COURT

DATED:  January 2, 2014

_____
HON. MANUEL REAL