# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OLDS,<br><br>            Plaintiff,<br><br>      vs.<br><br>3M COMPANY a/k/a MINNESOTA<br>MINING & MANUFACTURING<br>COMPANY, et al.,<br><br>            Defendants. | Case No.  2:12-CV-08539 R (MRWx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT PRYSMIAN POWER & CABLE SYSTEMS USA, a/k/a PRYSMIAN CABLES & SYSTEMS USA, LLC**<br><br>***From hearing on MSJ held***:<br>Date:          January 27, 2014<br>Time:          10:00 a.m.<br>Courtroom:   8<br>Judge:         Hon. Manuel L. Real |

The Motion for Summary Judgment, or Alternatively, Summary Adjudication of Issues (causes of action and punitive damage claim) by defendant Prysmian Power & Cable Systems USA, a.k.a. Prysmian Cables & Systems USA, LLC ("Prysmian") came regularly for hearing on January 27, 2014, in Courtroom 8 of the District Court, the Hon. Manuel L. Real, Judge presiding.

1

Judgment in Favor of Defendant Prysmian
*Olds v. 3M Company, et al.*
Case No. 2:12-CV-08539 R

Plaintiff Paul Olds filed no opposition.  After considering the admissible evidence, arguments and separate statement provided by Prysmian, the Court hereby finds that there is no genuine issue as to any material fact and that, therefore, defendant Prysmian Power & Cable Systems USA, a.k.a. Prysmian Cables & Systems USA, LLC is entitled to judgment on the merits, as a matter of law, with respect to each cause of action pleaded against it, as follows:

1.    There is no genuine issue as to any material fact regarding Plaintiff Paul Olds' first cause of action, for "Negligence," as pleaded against Prysmian;

2.    There is no genuine issue as to any material fact regarding Plaintiff Paul Olds' second cause of action, for "Strict Product Liability," as pleaded against Prysmian;  and

3.    There is no genuine issue as to any material fact regarding Plaintiff Paul Olds' third cause of action, for "Breach of Warranty," as pleaded against Prysmian.

Now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Paul Olds shall take nothing pursuant to his Complaint in this Action, and that Judgment shall be, and hereby is, entered in favor of defendant Prysmian Power & Cable Systems USA, a.k.a. Prysmian Cables & Systems USA, LLC.

Further, defendant Prysmian Power & Cable Systems USA, a.k.a. Prysmian Cables & Systems USA, LLC is the prevailing party, and therefore shall recover its costs of suit as against Plaintiff Paul Olds in a sum to be determined pursuant to L.R. 54-2 and *F.R.Civ.P.* 54(d).

.

Dated: February 5, 2014

_____
Hon. Manuel L. Real, Judge
United States District Court,
Central District of California

2

Judgment in Favor of Defendant Prysmian
*Olds v. 3M Company, et al.*
Case No. 2:12-CV-08539 R

**CERTIFICATE OF SERVICE**

The undersigned, counsel for defendant Prysmian Power & Cable Systems USA, a.k.a. Prysmian Cables & Systems USA, LLC, hereby certifies that a true and correct copy of the foregoing Proposed **JUDGMENT IN FAVOR OF DEFENDANT PRYSMIAN POWER & CABLE SYSTEMS USA, a/k/a PRYSMIAN CABLES & SYSTEMS USA, LLC** was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on January 27, 2014.

LAW OFFICES OF PETER Q. EZZELL
/ s / Peter Q. Ezzell

Peter Q. Ezzell
Stephen M. Caine
Attorneys for Defendant Prysmian Power &
Cable Systems USA aka Prysmian Cables &
Systems USA, LLC