TUCKER ELLIS LLP
Cleveland • Columbus • Denver • Los Angeles • San Francisco

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OLDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING COMPANY; et al.,<br><br>　　　　　Defendants. | Case No. 2:12-cv-08539-R (MRWx)<br><br>**JUDGMENT** |

　　　　Defendant United Technologies Corporation's Motion for Summary Judgment came on regularly for hearing on January 27, 2014, before the Honorable Manuel L. Real in Department 8 of the United States District Court for the Central District of California. All appearances are as reflected in the record.

　　　　Having read and considered all papers filed in support of and in opposition to the Motion, all admissible evidence filed in support of and in opposition to the Motion, and argument of counsel, and a decision having been duly rendered,

　　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is hereby entered in favor of defendant United Technologies Corporation and against plaintiff Paul Olds. Plaintiff shall take nothing by reason of his complaint herein against United Technologies Corporation. Plaintiff's complaint herein is dismissed on the merits

and with prejudice as to United Technologies Corporation;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the judgment entered against plaintiff herein and any other judgments entered heretofore or hereafter in this action with respect to any other defendant are several as to each such defendant unless expressly stated in the judgment to be joint and several as to the particular defendants;

IT IS FURTHER ORDERED that there is no just reason for delay in entry of this final judgment against plaintiff and in favor of United Technologies Corporation and, finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure, the Court expressly directs that the Clerk of the Court enter this separate judgment in favor of United Technologies Corporation and against plaintiff herein pursuant to Federal Rule of Civil Procedure 54 notwithstanding whether this action remains pending against other defendants.

DATED: _Feb. 14, 2014__           _____
                                   Honorable Manuel L. Real
                                   United States District Court Judge

CERTIFICATE OF SERVICE

074908000772967803