# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OLDS,<br><br>    Plaintiff,<br><br>    v.<br><br>3M COMPANY; *et al.*,<br><br>    Defendants. | CASE NO. 2:12-cv-08539-R (MRWx)<br><br>Assigned to:   Judge Manuel L. Real<br><br>Referred to:   Magistrate Judge<br>                      Michael R. Wilner<br><br>**JUDGMENT RE DEFENDANT DANA COMPANIES, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:   January 27, 2014<br>TIME:   10:00 a.m.<br>PLACE:  Courtroom 8, 2nd Floor<br>             312 N. Spring Street<br>             Los Angeles, CA 90012<br><br>Complaint Filed:  October 4, 2012<br>Trial Date:           March 11, 2014 |

McKenna Long &
Aldridge LLP
Los Angeles

USW 804237738.1

DEFENDANT DANA COMPANIES, LLC'S [PROPOSED]
JUDGMENT - CASE NO. 2:12-cv-08539-R (MRWx)

Defendant Dana Companies, LLC's Motion for Summary Judgment against Plaintiff Paul Olds ("Motion"), came on regularly for hearing on January 27, 2014 at 10:00 a.m. before the Honorable Manuel L. Real, United States District Judge presiding in Courtroom 8 of the above-referenced Court. Appearances were noted on the record. The Court, having read and considered all papers filed in support of the Motion, including all admissible evidence filed in support of the Motion, having read and considered all papers filed in opposition to the Motion, including all admissible evidence filed in opposition to the Motion, and having heard and considered the arguments of counsel, the Court determined that no genuine issue of material fact exists and that Defendant Dana Companies, LLC's Motion for Summary Judgment should be granted.

The Court granted Dana Companies, LLC's Motion for Summary Judgment in its entirety on January 27, 2014. Finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure under the circumstances,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant Dana Companies, LLC, shall have judgment against Plaintiff Paul Olds ("Plaintiff");

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgment entered against the Plaintiff herein and any other judgments entered heretofore or hereafter in this action against any other Plaintiff are several as to each such defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular defendants; and

**IT IS FURTHER ORDERED** that there is no just reason for delay in entry of this final judgment against Defendant herein and the Court expressly directs that the Clerk of the Court enter this separate judgment against said Plaintiff herein pursuant to FRCP Rule 54 notwithstanding whether this action remains pending

1  against other Defendants.

3  Dated:  _Feb. 14, 2014_          _____

   The Honorable Judge Manuel L. Real
   Judge of the United States District Court