1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

| | |
|---|---|
| PAUL OLDS<br><br>　　　　Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.<br><br>　　　　Defendants. | CASE NO. 2:12-cv-08539-R-MWR<br><br>**JUDGMENT** |

19
20

**JUDGMENT PURSUANT TO EATON AEROQUIP LLC, SUCCESSOR BY MERGER TO EATON AEROQUIP INC. F/K/A AEROQUIP CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

21
22
23
24
25
26
27
28

　　　　The motion of defendant EATON AEROQUIP LLC, successor by merger to EATON AEROQUIP INC. f/k/a AEROQUIP CORPORATION ("Aeroquip") for summary judgment came on regularly for hearing before this Court on January 27, 2014. After consideration of the admissible evidence, the separate statements, and the authorities of the parties, the Court hereby finds that there is no genuine issue as to any material fact, and defendant Aeroquip is entitled to judgment as a matter of law with respect to all causes of action as follows:

1)     There is no genuine issue as to any material fact and defendant Aeroquip is entitled to judgment as a matter of law with respect to plaintiff's First Cause of Action for Negligence.

2)     There is no genuine issue as to any material fact and defendant Aeroquip is entitled to judgment as a matter of law with respect to plaintiff's Second Cause of Action for Strict Products Liability.

3)     There is no genuine issue as to any material fact and defendant Aeroquip is entitled to judgment as a matter of law with respect to plaintiff's Third Cause of Action for Breach of Warranty.

IT IS HEREBY ORDERED that plaintiff take nothing from defendant Aeroquip with respect to plaintiff's claims for relief asserted in his complaint, and judgment is entered in favor of defendant Aeroquip. Plaintiff's Complaint is dismissed with prejudice on the merits as to Aeroquip.

UNITED STATES DISTRICT COURT

DATED: February 18, 2014

_____
HON. MANUEL REAL