UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OLDS, | Case No. CV12-08539 R(MRWx) |
| Plaintiff, | Assigned to: Judge Manuel L. Real<br>Referred to: Magistrate Judge<br>Michael R. Wilner |
| v. | |
| 3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING COMPANY, et al., | **JUDGMENT RE: DEFENDANT CUMMINS, INC.'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION** |
| Defendants. | Complaint Filed: October 4, 2012<br>Trial Date: March 11, 2014 |

Defendant Cummins, Inc.'s Motion for Summary Judgment against Plaintiff Paul Olds ("Motion") came on regularly for hearing on January 27, 2014 at 10:00 a.m. before the Honorable Manuel L. Real, United States District Judge presiding in Courtroom 8 of the above-referenced Court. Appearances were noted on the record. The Court, having read and considered all papers filed in support of the Motion, including all admissible evidence filed in support thereof, having read and considered all papers filed in opposition to the Motion, including all admissible evidence filed in opposition thereto, and having heard and considered the arguments of counsel, the Court determined that no genuine issue of material fact exists and that Defendant Cummins, Inc.'s Motion for Summary

1

Judgment should be granted.

Finding that good cause exists for entry of a separate judgment under rule 54 of the Federal Rules of Civil Procedure based on the foregoing,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Cummins, Inc. shall have judgment against Plaintiff Paul Olds ("Plaintiff");

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the judgment entered against the Plaintiff herein and any other judgments entered heretofore or hereafter in this action against any other Plaintiff are several as to each such defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular defendants; and

IT IS FURTHER ORDERED that there is no just reason for delay in entry of this final judgment against Defendant herein and the Court expressly directs that the Clerk of the Court enter this separate judgment against said Plaintiff herein pursuant to FRCP rule 54 notwithstanding whether this action remains pending against other Defendants.

Dated: March 7, 2014   _____

The Honorable Judge Manuel L. Real
Judge of the United States District Court

**CERTIFICATE OF SERVICE**

The undersigned, counsel for CUMMINS, INC., hereby certifies that a true and correct copy of the foregoing [PROPOSED] JUDGMENT RE: DEFENDANT CUMMINS, INC.'s MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on February 18, 2014.

                                          */s/     Stuart E. Supowit*
                                                          Stuart E. Supowit